An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO: B.D.-N.F.,

No. 64018

RACHEL D.-N.A.,
Appellant,
vs.
CLARK COUNTY DEPARTMENT OF
FAMILY SERVICES,
Respondent.

**FILED**

JUL 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

On December 17, 2013, this court granted appellant's motion for an extension of time to file the opening brief and appendix. Appellant timely filed the opening brief but failed to file the appendix, and on March 13, 2014, this court entered an order directing appellant to file the appendix within 11 days. Appellant failed to comply with that order. On April 1, 2014, this court issued a notice directing appellant to file the appendix within 15 days and warning appellant that a failure to file the appendix may result in the dismissal of this appeal. Appellant failed to comply with that notice.

To date, appellant has not filed the appendix. *See* NRAP 30(e) (providing that either a joint appendix or appellant's appendix must be filed and served no later than the date the appellant's opening brief is filed). Because appellant has failed to timely file the appendix, despite this court's extensions of time and clear directives to do so, we dismiss this appeal. *See* NRAP 31(d) (providing that a failure to file an appendix may

SUPREME COURT
OF
NEVADA

(O) 1947A

14·22757

be grounds to dismiss the appeal); *see also Varnum v. Grady*, 90 Nev. 374, 376-77, 528 P.2d 1027, 1028-29 (1974) (dismissing appeal for failure to timely file record on appeal).

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:     Hon. Robert Teuton, District Judge, Family Court Division
        Valarie I. Fujii & Associates
        Clark County District Attorney/Juvenile Division
        Eighth District Court Clerk